# Third District Court of Appeal

## State of Florida

Opinion filed October 25, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1989
Lower Tribunal No. 19-34890
_____

**William L. Ramos, Jr.,**
Appellant,

vs.

**Michael Halpern,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

Law Office of Hugh J. Morgan, and Hugh J. Morgan; Burlington & Rockenbach, P.A., and Nichole J. Segal (West Palm Beach); and Akerman LLP, and Dale Noll, for appellant.

Armstrong Teasdale LLP and Glen H. Waldman and Marlon Weiss, for appellee.

Before EMAS, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.